**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | No. 3:09-CR-23 (CAR) |
| | : | |
| EDDIE DONOVAN IVIE, | : | |
| | : | |
| Petitioner. | : | |
| _____ | : | |

## ORDER ON RECOMMENDATION

Before the Court is the United States Magistrate Judge Recommendation [Doc. 44] to deny Petitioner's Motion for Amendment of Presentence Report [Doc. 39]. Petitioner has not entered an objection to the Recommendation. Upon review of the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge that Petitioner may not raise objections to the absence of drug abuse history in the Presentence Investigation Report for the first time post-judgment. Accordingly, the Recommendation [Doc. 44] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**, and Petitioner's Motion [Doc. 39] is **DENIED**.

**SO ORDERED,** this 14th day of April, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH